The fact that the state introduced evidence to show guilt did not change the rule stated.

The judgment is affirmed.

Opinion approved by the court.

## CARLSON v. STATE.
### No. 26308.

Court of Criminal Appeals of Texas.
March 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100.

No statement of facts or bills of exception are found in the record, and nothing is presented for review.

The judgment is affirmed.

## McQUEEN v. STATE.
### No. 26303.

Court of Criminal Appeals of Texas.
March 11, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The penalty assessed is a fine of $150.

The complaint and information, as well as all other matters of procedure, appear to be regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is brought forward for review.

The judgment of the trial court is affirmed.